# United States Bankruptcy Court
## Eastern District of North Carolina Wilmington Division

1903562
CHRISTOPHER T. VONDERAU
LAW OFFICES OF CHRISTOPHER VONDERAU
4022 SHIPYARD BLVD
WILMINGTON, NC 28403

IN RE
WILLIAM WEBSTER VOLLMER
109 BALSAM DR

WILMINGTON, NC 28409
SSN or Tax I.D. XXX-XX-9173

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO:   -Court-A                       U.S.

## OBJECTION TO CONFIRMATION

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

DEBTOR HAS FAILED TO FILE REQUIRED PRE-PETITION TAX RETURNS IN ACCORDANCE
WITH §§ 1325(a)(9), 1308.
DEBTOR HAS FAILED TO PROVIDE COPY OF MOST RECENT TAX RETURN IN ACCORDANCE
WITH §§ 521(e)(2)(A)(i), 1307(c); EDNC LBR 4002-1(a)(2).

Wherefore, the Chapter 13 Trustee objects to confirmation of the Chapter 13 Plan as proposed and request that that the court conduct a hearing on Trustee's objection.

DATED: September 24, 2019                    /S/ Joseph A. Bledsoe, III
                                             Joseph A. Bledsoe, III
                                             Chapter 13 Trustee

| | | | |
|---|---|---|---|
| CASE: 1903562 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 09-23-2019.01232905.BLB018 | | DATED: 09/24/2019 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | WILLIAM WEBSTER VOLLMER | 109 BALSAM DR<br>WILMINGTON, NC 28409 |
| 799 | 000002 | CHRISTOPHER T. VONDERAU<br>4022 SHIPYARD BLVD | LAW OFFICES OF CHRISTOPHER VONDERAU<br>WILMINGTON, NC 28403 |

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 09/24/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   09/24/2019   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail